# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Bert Patchin,

    Plaintiff,

v.                                              Case No. 2:17-cv-46

Gulfport Energy Corp., *et al.*,        Judge Michael H. Watson

    Defendants.                       Magistrate Judge Deavers

## ORDER

On June 14, 2017, Magistrate Judge Deavers issued a Report and Recommendation ("R&R") recommending the Court deny Plaintiff's motion to remand this action to state court. R&R, ECF No. 23. Magistrate Judge Deavers concluded that there was no evidence that Defendant Patriot Drilling Fluids ("Patriot"), the only Defendant who did not expressly consent to removal, was served by certified mail in accordance with Ohio law before this case was removed. R&R 5, ECF No. 23. As an unserved defendant, she concluded, Patriot's consent was not required for removal; therefore, Patriot's lack of consent did not render the removal defective. *Id.* at 4–5.

The R&R notified the parties of their right to object with fourteen days and specifically advised the parties that the failure to timely object would result in a waiver of the right to de novo review by the Undersigned and a right to appeal the judgment of the District Court. *Id.* at 5. The deadline for filing objections has

passed, and none were filed. Accordingly, the Court **ADOPTS** the R&R and **DENIES** Plaintiff's motion to remand, ECF No. 5.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**